1  Jay Michael Howanitz
   Spohrer Wilner, P.A.
2  701 West Adams Street, Suite 2
   Jacksonville, FL 32204
3  Telephone: (904)-354-8310
   Facsimile: (904)-358-6889
4  Email: jhowanitz@sdlitigation.com
   Attorneys for Plaintiffs
5

6

7

8                           UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                               SAN FRANCISCO DIVISION

11

| 12 | IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-3896 CRB |
|---|---|---|
| 13 | | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| 14 | | |
| 15 | Albert Williams and Linda Williams, | |
| 16 | Plaintiffs | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| 17 | vs. | |
| 18 | Pfizer Inc, a foreign corporation, | |
| 19 | Defendant. | |
| 20 | | |

21
22  Come now the Plaintiffs, Albert Williams and Linda Williams in the above-entitled action and
23  Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil
24  Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to
25  //
26  //
27  //
28  //

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: _____, 2010    By: _/s/ Vincent S Wilcu_

SPOHRER WILNER, P.A.
701 West Adams Street, Suite 2
Jacksonville, FL 32204
Telephone: (904)-354-8310
Facsimile: (904)-358-6889

*Attorneys for Plaintiffs*

DATED: Mar. 22, 2010    By: _/s/_

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE